LAW LIBRARY

**FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

---o0o---

STATE OF HAWAI'I, Plaintiff-Appellee, v.
TIMOTHY A. WALSH, Defendant-Appellant

NO. 29790

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CRIMINAL NO. 08-1-0418(3))

ORDER OF AMENDMENT
(By: Foley, Presiding Judge, Fujise and Reifurth, JJ.)

IT IS HEREBY ORDERED that the Published Opinion of the Court filed on May 26, 2010, is amended as follows:

In the third paragraph on page 1, line 1, the word "reverse" should be deleted and replaced with the word "vacate" so that the sentence reads:

For the reasons discussed below, we vacate the

In the first full paragraph on page 10, line 14, the word "reverse" should be deleted and replaced with the word "vacate" so that the sentence reads:

therefore vacate and remand to the circuit court for a new

The Clerk of the Court is directed to incorporate the foregoing change in the original opinion and take all necessary steps to notify the publishing agency of this change.

DATED:  Honolulu, Hawai'i, May 27, 2010.

Presiding Judge

Associate Judge

Associate Judge